# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHAD R. SUTTON                                           Case Number: 05-73373
         306 E. THIRD ST.          SSN-xxx-xx-7429
         LEAF RIVER, IL  61047

                                                      Case filed on:    7/5/2005
                                                      Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 014 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHAD R. SUTTON | 0.00 | 0.00 | 267.37 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 267.37 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 3,500.00 | 3,500.00 | 3,500.00 | 501.93 |
| 002 | CHASE HOME FINANCE LLC | 55,618.78 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 59,118.78 | 3,500.00 | 3,500.00 | 501.93 |
| 001 | AMERICAN GENERAL FINANCE | 5,930.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE BANK (USA) NA | 1,088.79 | 0.00 | 0.00 | 0.00 |
| 004 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDICORP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 597.16 | 0.00 | 0.00 | 0.00 |
| 007 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PHYSICIANS IMMEDIATE CARE | 191.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 1,859.14 | 0.00 | 0.00 | 0.00 |
| 011 | RECEIVABLE MANAGEMENT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE BANK (USA) NA | 333.67 | 0.00 | 0.00 | 0.00 |
| 016 | ODESSA NEUROLOGY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OGLE COUNTY PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN MSO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,999.76 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 70,482.54 | 4,864.00 | 5,131.37 | 501.93 |

Total Paid Claimant:      $5,633.30
Trustee Allowance:        $366.70          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                              /s/ Lydia S. Meyer
                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan